**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF ) <br> CARPENTERS PENSION FUND, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SINGLES CONSTRUCTION COMPANY, LLC, ) <br> ) <br> Defendant. ) | 10cv 7290 <br><br> Judge Pallmeyer |

## MOTION FOR JUDGMENT BY DEFAULT

Now come Plaintiffs, the Chicago Regional Council of Carpenters Pension Fund, et al., by their attorney, Robert T. Oleszkiewicz of Whitfield McGann & Ketterman, and respectfully request that a Judgment by Default be entered against the Defendant, SINGLES CONSTRUCTION COMPANY, LLC. In support of the motion, the Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on November 12, 2010 and the Defendant SINGLES CONSTRUCTION COMPANY, LLC was served with a copy of the Complaint and Summons.

2. The Defendant SINGLES CONSTRUCTION COMPANY, LLC was declared to be in default under the Federal Rules of Civil Procedure on May 12, 2012.

3. The Defendant SINGLES CONSTRUCTION COMPANY, LLC breached the provisions of the Collective Bargaining Agreement by underpaying contributions that are owed to the Trust Funds based upon an auditor's review of the hours worked by employees and/or measured by the hours worked by subcontractors during the period of October 1, 2009 through September 30, 2011. As a result, the Defendant owes $593,039.20 in contributions to the Trust Funds as a consequence of this breach.

4. Plaintiffs have been required to employ the undersigned attorneys to secure payment of the unpaid contributions.

5. SINGLES CONSTRUCTION COMPANY, LLC is obligated to pay the attorney and auditor fees and court costs incurred by the Plaintiffs pursuant to the Collective Bargaining Agreements, the Trust Agreements and/or 29 U.S.C. §1132(g)(2)(D). The attorney fees and court costs are $15,011.08, while the audit fees are $6,480.00.

6. According to the Collective Bargaining Agreement, the Trust Agreements and/or 29 U.S.C. §1132(g), SINGLES CONSTRUCTION COMPANY, LLC is obligated to pay any fringe benefit contributions of $593,039.20 as well as $118,493.37 in liquidated damages and $38,959.51 in interest.

7. Pursuant to 29 U.S.C. §1132(g)(2), Plaintiffs are entitled to an amount equal to the greater of:

(a) double interest; or
(b) interest plus liquidated damages.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court enter a Judgment Order by Default directing the Defendant SINGLES CONSTRUCTION COMPANY, LLC to pay $771,983.16 to the Plaintiffs.

Respectfully Submitted,

CHICAGO REGIONAL COUNCIL PENSION FUND et al.

By: s/Robert T. Oleszkiewicz
_____
ROBERT T. OLESZKIEWICZ

Robert T. Oleszkiewicz (6190317)
Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 251-9700 Fax (312) 251-9701